**NCNB TEXAS NATIONAL BANK, et al., Plaintiffs,**

**Federal Deposit Insurance Corporation, Receiver of First RepublicBank Abilene, N.A., formerly known as Inter-First Bank Abilene, N.A., Plaintiff–Appellant,**

v.

**Wendell L. FENNELL and Celina T. Fennell, Defendants–Appellees.**

No. 91–1208.

United States Court of Appeals, Fifth Circuit.

May 28, 1991.

Charles L. Black, Wagstaff, Alvis, Stubbeman, Seamster & Longacre, Abilene, Tex., for plaintiff-appellant.

Jeffrey Conner, Lubbock, Tex., for defendants-appellees.

Wendell L. Fennell & Celina T. Fennell, Abilene, Tex., pro se.

Before POLITZ, DAVIS, and BARKSDALE, Circuit Judges.

---

BY THE COURT:

IT IS ORDERED that appellant's motion for stay and injunction pending appeal of remand order is GRANTED. Pursuant to 12 U.S.C. § 1819(b)(2)(C), the FDIC may appeal the remand order at issue in its appeal to this court; this is an exception to the general rule that remand orders are not reviewable. *See* 28 U.S.C. § 1447(d). Accordingly, the remand should be stayed pending appeal.